UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A. D., an individual,

    Plaintiff,

v.                                    Case No: 2:22-cv-641-JES-NPM

HOLISTIC HEALTH HEALING INC.,

    Defendant.

---

A.D.,

    Plaintiff,

v.                                    Case No: 2:22-cv-643-JES-NPM

WYNDHAM HOTELS & RESORTS, INC., QUORUM HOTELS & RESORTS, LTD.,

    Defendants.

---

A.D.,

    Plaintiff,

v.                                    Case No: 2:22-cv-644-JES-NPM

MARRIOTT INTERNATIONAL, INC., CHMB FLORIDA HOTEL MANAGER, LLC,

    Defendant.

---

A.D.,

    Plaintiff,

v.                                    Case No: 2:22-cv-645-JES-NPM

```
MARRIOTT      INTERNATIONAL,
INC., CHM NAPLES II HOTEL
PARTNERS, INC.,

     Defendant.
_____

A.D.,

     Plaintiff,

v.                              Case No:  2:22-cv-646-JES-NPM

CHOICE HOTELS INTERNATIONAL,
INC., R&M REAL ESTATE
COMPANY, INC., ROBERT
VOCISANO, MARIO VOCISANO,

     Defendants.
_____

A.D.,

     Plaintiff,

v.                              Case No:  2:22-cv-647-JES-NPM

CHOICE HOTELS INTERNATIONAL,
INC., R&M REAL ESTATE
COMPANY, INC., ROBERT
VOCISANO, MARIO VOCISANO,

     Defendants.
_____

A.D.,

     Plaintiff,

v.                              Case No:  2:22-cv-648-JES-NPM

CHOICE HOTELS INTERNATIONAL,
INC., TAMPA BAY HOTELS, LLC,

     Defendants.
_____
```

A.D.,

      Plaintiff,

v.                                          Case No:   2:22-cv-649-JES-NPM

CAVALIER MERGERSUB LP, formerly known as Corepoint Lodging, Inc., WYNDHAM HOTELS AND RESORTS INC., LA QUINTA HOLDINGS, INC., LA QUINTA MANAGEMENT LLC, LA QUINTA FRANCHISING LLC, CPLG FL PROPERTIES, LLC, formerly known as LQ FL Properties,

      Defendants.
_____

A.D.,

      Plaintiff,

v.                                          Case No:   2:22-cv-650-JES-NPM

BEST WESTERN INTERNATIONAL, INC., BONITA SPRINGS HOTEL 1, LLC,

      Defendants.
_____

A.D.,

      Plaintiff,

v.                                          Case No:   2:22-cv-651-JES-NPM

BEST WESTERN INTERNATIONAL, INC., APEX HOSPITALITY, LLLP,

      Defendants.
_____

A.D.,

      Plaintiff,

v.                               Case No:  2:22-cv-652-JES-NPM

BEST WESTERN INTERNATIONAL, INC., R&M REAL ESTATE COMPANY, INC., ROBERT VOCISANO, MARIO VOCISANO,

      Defendants.

## ORDER

This matter comes before the Court on review of the Motions to Dismiss and/or to Strike filed on November 14, 2022, in the above-captioned cases.

"Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g).  The motions filed by attorneys Brooke Beebe, Glenn Gunsten, Christyna Torrez, Patrick Boland, and Seth Alhadeff will be denied without prejudice for failure to confer with opposing counsel before filing the motion and for failure to include a certification of conference in the motion.  The parties are reminded that the purpose of the obligation is to conserve judicial resources if a motion can be resolved by an amended complaint.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motions to Dismiss or to Strike filed by Brooke Beebe, Glenn Gunsten, Christyna Torrez, Patrick Boland, and Seth Alhadeff are **DENIED without prejudice.** The other motions to dismiss contain the requisite certification.

**DONE and ORDERED** at Fort Myers, Florida, this ___15th___ day of November 2022.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record