## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

A.D., an individual,

  Plaintiff,

v.

WYNDHAM HOTELS & RESORTS, INC. and QUORUM HOTELS & RESORTS, LTD.,

  Defendants.

_____/

CASE NO.: 2:22-cv-000643

## NOTICE OF PENDING SETTLEMENT

Defendant, Quorum Hotels & Resorts, Inc., by and through its undersigned counsel and pursuant to Local Rule 3.09(a), hereby gives notice that the Parties have reached an agreement to settle this matter and states:

1. The Parties are preparing and finalizing settlement documents, which will include execution by the Parties of a Joint Stipulation of Dismissal.

2. It is anticipated the Parties' Joint Stipulation of Dismissal will be filed with the Court within the next forty-five (45) days.

Dated this 5th day of June, 2023.

Respectfully submitted,

/s/ Brooke E. Beebe
Brooke E. Beebe
Florida Bar No. 744621
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Cole, Scott & Kissane Building
27300 Riverview Center Boulevard, Suite 200
Bonita Springs, Florida 34134
Telephone (239) 690-7944
Facsimile (239) 738-7778
Primary e-mail: brooke.beebe@csklegal.com
Secondary e-mail: ron.campbell@csklegal.com
Alternate e-mail: hillary.hale@csklegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brooke E. Beebe
BROOKE E. BEEBE