## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| A.D. an individual, | Case No.: 2:22-cv-00643 |
| Plaintiff, | |
| vs. | |
| WYNDHAM HOTELS & RESORTS, INC. and QUORUM HOTELS & RESORTS, LTD., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WYNDHAM HOTELS & RESORTS INC. and QUORUM HOTELS & RESORTS, LTD

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that the claims of Plaintiff A.D. as to the Defendant WYNDHAM HOTELS & RESORTS, INC. and QUORUM HOTELS & RESORTS, LTD., shall be dismissed with prejudice.

Plaintiff A.D. and Defendants WYNDHAM HOTELS & RESORTS, INC. and QUORUM HOTELS & RESORTS, LTD., further stipulate that the aforementioned parties are to bear their own attorneys' fees and costs in the above-captioned case.

DATED:  July 21, 2023

1

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**

*/s/ Hilary N. Wood*
**Hilary N. Wood**
**Kathryn L. Avila**
**Emmie J. Paulos**
316 S. Baylen Street. Suite 600
Pensacola, Florida 32502
T: 850-435-7056
F: 850-436-6271
E: hwood@levinlaw.com
kavila@levinlaw.com
epaulos@levinlaw.com

*Counsel for Plaintiff A.D.*

**DLA PIPER US, LLP.**

*/s/ David S. Sager*
**David S. Sager**
**Virginia Weeks**
**J. Trumon Phillips**
John F. Kennedy Pkwy
Suite 120
Short Hills, NJ 07078
T: 973520-2570
F:973-520-2551
E: david.sager@dlpiper.com
trumon.phillips@dlpiper.com

*Counsel for Defendant Wyndham*

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Brooke Beebe*
**Brooke Beebe**
**Ron Campbell**
27300 Riverview Center Boulevard
Suite 200
Bonita Springs, FL 34134
T: 239-690-7944
F:239-738-7778
E: brooke.beebe@csklegal.com
E: ron.campbell@csklegal.com

*Counsel for Defendant Quorum Hotels & Resorts, Ltd.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Hilary N. Wood*
**Hilary N. Wood**
**(Florida Bar No. 672602)**
**Kathryn L. Avila**
(Florida Bar No. 1019574)
**Emmie J. Paulos**
(Fla. Bar No. 99010)
316 S. Baylen Street. Suite 600
Pensacola, Florida 32502
T: 850-435-7056
F: 850-436-6271
E: hwood@levinlaw.com
kavila@levinlaw.com
epaulos@levinlaw.com

Counsel for Plaintiff, A.D.

3